Szaferman, Lakind, Blumstein & Blader, P.C.
101 Grovers Mill Road, Suite 200
Lawrenceville, N.J. 08648
(609) 275-0400

Levy Phillips & Konigsberg, LLP
101 Grovers Mill Road, Suite 200
Lawrenceville, N.J. 08648
(609) 720-0400

Attorneys for Plaintiffs

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARY SUE PAPP and STEVEN PAPP,<br><br>      Plaintiffs,<br><br>v.<br><br>FORE-KAST SALES CO., INC., HONEYWELL INTERNATIONAL, INC., f/k/a Allied Signal, Inc. as successor-in-interest to The Bendix Corporation, NEW BRUNSWICK PLATING CO., f/k/a New Brunswick Nickel and Chrome Plating, UNION CARBIDE CORPORATION, JOHN DOE CORPORATIONS 1-50, JOHN DOE CORPORATIONS 51-100, GOODRICH CORP., f/k/a B.F. Goodrich Co., THE GOODYEAR TIRE AND RUBBER CO., and THE BOEING COMPANY, individually and as successor by merger to the McDonnell Douglas Corporation,<br><br>      Defendants. | Hon. Peter G. Sheridan, U.S.D.J.<br>Hon. Douglas E. Arpert, U.S.M.J.<br><br>Civil Action No.:<br>3:13-cv-05940-PGS-DEA<br><br>Transferred from the Superior Court of New Jersey, Law Division, Middlesex County, Docket No. MID-L-5186-13AS<br><br><u>Civil Action – Asbestos Litigation</u><br><br>**NOTICE OF MOTION TO REMAND** |

TO:   ALL COUNSEL ON ATTACHED LIST

874770.1

PLEASE TAKE NOTICE that on Monday, November 18, 2013, at 9:00 a.m. in the forenoon, or as soon thereafter as counsel may be heard, the undersigned attorney for Plaintiffs shall apply to the United States District Court for the District of New Jersey, for an Order, pursuant to Title 28 U.S.C. § 1447(c), remanding this matter to the Superior Court of New Jersey, Middlesex County.

**PLEASE TAKE FURTHER NOTICE** that if remand is not ordered as to Defendant The Boeing Company, individually and as successor by merger to the McDonnell Douglas Corporation, who filed the Notice of Removal on October 4, 2013, Plaintiffs request that all claims against other Defendants should be severed and remanded to the Superior Court of New Jersey, Middlesex County pursuant to Title 28 U.S.C. § 1441(c)(B)(2).

**PLEASE TAKE FURTHER NOTICE** that the undersigned will rely upon the attached Brief and Declaration in support of this Motion.

Plaintiffs requests oral argument.

A proposed form of Order is attached.

SZAFERMAN, LAKIND,
   BLUMSTEIN & BLADER, P.C.
Attorneys for Plaintiffs


By:  /s/ Jeffrey P. Blumstein
     Jeffrey P. Blumstein, Esq.
     Attorney ID No. 002051974

Dated: October 21, 2013

Mary Sue Papp and Steven Papp
v.
Fore-Kast Sales Co., Inc., et al.

DOCKET NO. MID-L-5186-13AS

COUNSEL MAILING LIST

Client/Matter No:76797.1
Updated: 9.9.13

Robert G. Stevens, Jr., Esq.
101 Grovers Mill Road
Suite 200
Lawrenceville, NJ 08648
rstevens@szaferman.com
T:609-2275-0400
F: 609-275-4511
*Counsel for Plaintiff*

Marc S. Gaffrey, Esq.
Hoagland, Longo, Moran, Dunst &
Doukas, LLP
40 Patterson Street
PO Box 480
New Brunswick, NJ 08903
Ph: 732-545-4719
Fax: 732-545-4579
mgaffrey@hoadlandlongo.com
hoagland-asbestos@hoaglandlongo.com
Counsel for The Boeing Company; New
Brunswick Plating Co.

Dawn Dezii, Esq.
Margolis Edelstein
100 Century Parkway, Suite 200
Mount Laurel, NJ 08054
Tel: 856-727-6000
Fax: 856-727-6010
ddezii@margolisedelstein.com
Counsel for Goodrich Corp., f/k/a
B.F. Goodrich

Terence W. Camp, Esq.
Budd Larner
150 John F. Kennedy Parkway
Short Hills, NJ 07078
Ph: 973-379-4800
Fax: 973-379-7734
tcamp@buddlarner.com
Counsel for The Goodyear Tire and
Rubber Co.

Ethan D. Stein, Esquire
Gibbons, PC
1 Gateway Center
Newark, New Jersey 07102
Ph: 973-596-4500
Fax: 973-596-0545
estein@gibbonslaw.com
Counsel for Honeywell
International, Inc., f/k/a Allied
Signal, Inc. as successor-in-
interest to The Bendix Corporation

Anthony Caruso, Esq.
Caruso Pope Smith Edell Picini
60 Route 46 East
Fairfield, NJ 07004
Tel: 973-667-6000
Fax: 973-667-1200
acaruso@carusosmith.com
Counsel for Union Carbide Corp.

UNKNOWN COUNSEL

Fore-Kast Sales Co., Inc.

43717.1