Szaferman, Lakind,
  Blumstein & Blader, P.C.
101 Grovers Mill Road, Suite 200
Lawrenceville, N.J. 08648
(609) 275-0400

Levy Phillips & Konigsberg, LLP
101 Grovers Mill Road, Suite 200
Lawrenceville, N.J. 08648
(609) 720-0400

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARY SUE PAPP and STEVEN PAPP, <br><br> Plaintiffs, <br><br> v. <br><br> FORE-KAST SALES CO., INC., HONEYWELL INTERNATIONAL, INC., f/k/a Allied Signal, Inc. as successor-in-interest to The Bendix Corporation, NEW BRUNSWICK PLATING CO., f/k/a New Brunswick Nickel and Chrome Plating, UNION CARBIDE CORPORATION, JOHN DOE CORPORATIONS 1-50,JOHN DOE CORPORATIONS 51-100, GOODRICH CORP., f/k/a B.F. Goodrich Co., THE GOODYEAR TIRE AND RUBBER CO., and THE BOEING COMPANY, individually and as successor by merger to the McDonnell Douglas Corporation, <br><br> Defendants. | Hon. Peter G. Sheridan, U.S.D.J. <br> Hon. Douglas E. Arpert, U.S.M.J. <br><br> Civil Action No.: <br> 3:13-cv-05940-PGS-DEA <br><br> Transferred from the Superior Court of New Jersey, Law Division, Middlesex County, Docket No. MID-L-5186-13AS <br><br> **Civil Action – Asbestos** <br> **Litigation** <br><br> **ORDER GRANTING PLAINTIFFS' MOTION TO REMAND** |

874770.1

THIS MATTER having been opened to the Court on behalf of Plaintiffs by Szaferman, Lakind, Blumstein & Blader, P.C. (Jeffrey P. Blumstein, Esq. appearing), on notice to, the law firm of Hoagland, Longo, Moran, Dunst & Doukas, L.L.P., counsel for Defendant The Boeing Company, individually and as successor by merger to the McDonnell Douglas Corporation ("Boeing") (Marc S. Gaffrey, Esq. appearing); and the Court having considered the papers submitted in support of and in opposition to the present Motion, as well as the arguments of counsel; and for good cause having been shown;

IT IS on this _____ day of _____, 2013,

ORDERED that Plaintiffs' Complaint be remanded forthwith to the Superior Court of New Jersey, Middlesex County; and it is further

ORDERED that a copy of this Order be served on all counsel of record within seven days.

_____
Honorable Peter G. Sheridan, U.S.D.J.

874770.1                            2