SZAFERMAN, LAKIND,
  BLUMSTEIN & BLADER, P.C.
101 Grovers Mill Road, Suite 200
Lawrenceville, N.J. 08648
(609) 275-0400

LEVY PHILLIPS & KONIGSBERG, LLP
101 Grovers Mill Road, Suite 200
Lawrenceville, N.J. 08648
(609) 720-0400

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARY SUE PAPP and STEVEN PAPP, <br><br> Plaintiffs, <br><br> v. <br><br> FORE-KAST SALES CO., INC., et al., <br><br> Defendants. | Hon. Peter G. Sheridan, U.S.D.J. <br><br> Civil Action CASE NO.: <br> 3:13-cv-05940-PGS-DEA <br><br><br> **CERTIFICATION OF SERVICE** |

Anna Kinal, being of full age, hereby certifies:

1.    I am a Paralegal in the law firm of Szaferman, Lakind, Blumstein & Blader, P.C., co-counsel for Plaintiffs in the above-captioned matter.

2.    On October 21, 2013, at the direction of Jeffrey P. Blumstein, Esq., I electronically filed a Notice of Motion to Remand This Matter to the Superior Court of New Jersey, Middlesex County, together with a Brief, supporting Declaration of Jeffrey P. Blumstein with Exhibits, proposed form of Order, and this Certification of Service.

879644.1

3.     Also on October 21, 2013, I sent via regular United States mail service one courtesy copy of the documents listed in number two above to the Honorable Peter G. Sheridan, U.S.D.J., United States District Court, District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Court Room 4E, Trenton, NJ 08608.

4.     The attorney for Defendant The Boeing Company, the Defendant who removed this matter, is listed on the CM/ECF website as receiving a copy of all electronic filings in this matter and has thus been served on October 18, 2013, contemporaneous with filing of the documents listed in number 2 above.

5.     Also on October 21, 2013, I sent via Federal Express or New Jersey Lawyers Service overnight delivery and e-mail one copy of the documents listed in number two above to all counsel on the attached list who do not receive electronic notice through Pacer.

I certify that the foregoing statements are true.  I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

_____
Anna Kinal

Dated: October 21, 2013

879644.1

**Mary Sue Papp and Steven Papp**
**v.**
**Fore-Kast Sales Co., Inc., et al.**

DOCKET NO. MID-L-5186-13AS

COUNSEL MAILING LIST

Client/Matter No:76797.1
Updated: 9.9.13

Robert G. Stevens, Jr., Esq.
101 Grovers Mill Road
Suite 200
Lawrenceville, NJ 08648
rstevens@szaferman.com
T:609-2275-0400
F: 609-275-4511
*Counsel for Plaintiff*

Marc S. Gaffrey, Esq.
Hoagland, Longo, Moran, Dunst &
Doukas, LLP
40 Patterson Street
PO Box 480
New Brunswick, NJ 08903
Ph: 732-545-4719
Fax: 732-545-4579
mgaffrey@hoadlandlongo.com
hoagland-asbestos@hoaglandlongo.com
*Counsel for The Boeing Company; New
Brunswick Plating Co.*

Dawn Dezii, Esq.
Margolis Edelstein
100 Century Parkway, Suite 200
Mount Laurel, NJ 08054
Tel: 856-727-6000
Fax: 856-727-6010
ddezii@margolisedelstein.com
*Counsel for Goodrich Corp., f/k/a
B.F. Goodrich*

Terence W. Camp, Esq.
Budd Larner
150 John F. Kennedy Parkway
Short Hills, NJ 07078
Ph: 973-379-4800
Fax: 973-379-7734
tcamp@buddlarner.com
*Counsel for The Goodyear Tire and
Rubber Co.*

Ethan D. Stein, Esquire
Gibbons, PC
1 Gateway Center
Newark, New Jersey 07102
Ph: 973-596-4500
Fax: 973-596-0545
estein@gibbonslaw.com
*Counsel for Honeywell
International, Inc., f/k/a Allied
Signal, Inc. as successor-in-
interest to The Bendix Corporation*

Anthony Caruso, Esq.
Caruso Pope Smith Edell Picini
60 Route 46 East
Fairfield, NJ 07004
Tel: 973-667-6000
Fax: 973-667-1200
acaruso@carusosmith.com
*Counsel for Union Carbide Corp.*

*UNKNOWN COUNSEL*

*Fore-Kast Sales Co., Inc.*

43717.1